UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 07 B 19886
   KENNETH A PEOPLES
   YVETTE BATES                             CHAPTER 13

                                            JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-8596    SSN XXX-XX-8817
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1. The case was filed on 10/26/07 and confirmed on 03/20/08.

   2. The case was converted to Chapter 7 after confirmation, 02/18/2009.

   3. The Debtor paid a total of $ 4560.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CONSUMER PORTFOLIO SERVI | SECURED VEHIC | 2187.56 | .00 | 2187.56 |
| INTERNAL REVENUE SERVICE | PRIORITY | 9098.77 | .00 | .00 |
| AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 889.79 | .00 | .00 |
| AURORA EMERGENCY ASSOCIA | UNSECURED | NOT FILED | .00 | .00 |
| PALISADES COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| BANKFIRST | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1281.31 | .00 | .00 |
| CINGULAR WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| RECEIVABLES MANAGEMENT I | UNSECURED | 316.03 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1696.73 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| FCNB | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT CREDIT ADVANTA | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 201.03 | .00 | .00 |
| FIRST CONSUMERS NATL BAN | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL CREDIT CA | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BK | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| PREMIER BANKCARD/CHARTER | UNSECURED | 206.55 | .00 | .00 |
| HONOR FINANCE | UNSECURED | 3505.21 | .00 | .00 |
| ILL STATE TOLL HIWAY AUT | UNSECURED | 11006.10 | .00 | .00 |
| JEWEL | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 440.42 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 991.19 | .00 | .00 |

```
PORTFOLIO RECOVERY ASSOC  UNSECURED        1790.84           .00         .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         240.25           .00         .00
SBC AMERITECH             UNSECURED       NOT FILED          .00         .00
ASSET ACCEPTANCE CORP     UNSECURED         481.59           .00         .00
MIDLAND CREDIT MGMT       UNSECURED         273.78           .00         .00
SPRINT NEXTEL             UNSECURED       NOT FILED          .00         .00
T MOBILE USA              UNSECURED         767.05           .00         .00
VON MAUR                  UNSECURED       NOT FILED          .00         .00
WFNNB/HARLEM FURNITURE    UNSECURED       NOT FILED          .00         .00
INTERNAL REVENUE SERVICE  UNSECURED        1406.40           .00         .00
T MOBILE USA              UNSECURED         827.97           .00         .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         189.35           .00         .00
B REAL LLC                UNSECURED         391.28           .00         .00
```

Summary of disbursements:

```
                  SECURED    PRIORITY   UNSECURED      OTHER      TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED 2187.56    9098.77    26902.87        .00    38189.20
PRINCIPAL PAID     2187.56         .00        .00        .00     2187.56
INTEREST PAID          .00         .00        .00        .00         .00
TOTAL PAID         2187.56         .00        .00        .00     2187.56
```

The Debtor's attorney, LEGAL HELPERS PC                , was allowed $   3000.00
and was paid $    832.00  direct and $   2125.22  through the plan.

The Trustee received $    247.22 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 02/27/09              /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE


                             PAGE   2
           CASE NO. 07 B 19886 KENNETH A PEOPLES & YVETTE BATES